Louis E. KEMP, Appellant,

v.

TRIDENT SEAFOODS
CORPORATION,
Appellee.

No. 2012–1143.

United States Court of Appeals,
Federal Circuit.

March 13, 2012.

Marcy Wallace, Cox Goudy McNulty & Wallace, Minneapolis, MN, for Appellant.

Patrick C. Stephenson, Kutak Rock, LLP, Omaha, NE, for Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

W. Robert WARDELL, Jr.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2012–5054.

United States Court of Appeals,
Federal Circuit.

March 13, 2012.

Michael N. O'Connell Jr., Department of Justice, Washington, DC, for Defendant–Appellee.

W. Robert Wardell Jr., Yazoo City, MS, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Rodney JONES, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2012–3085.

United States Court of Appeals,
Federal Circuit.

March 13, 2012.

Sara B. Rearden, Merit Systems Protection Board, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Rodney JONES, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2012–3085.

United States Court of Appeals, Federal Circuit.

March 15, 2012.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, it is, ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Monique BOOE, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2012–3067.

United States Court of Appeals, Federal Circuit.

March 19, 2012.

*ORDER*

Petitioner having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 7, 2012 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before May 18, 2012.